Case 3:23-cv-00908-TAD-KDM Document 1 Filed 07/07/23 Page 1 of 4 PageID #: 1

RECEIVED
JUL - 7 2023
TONY R. MOORE, CLERK
BY_____ DEPUTY

23-cv-0908

Charlesetta Williams
2831 Kelsey St
S-port LA 71107   L. Warren:
Order of postive Custody
Ocher LSU
Medical Procedures Without    Heath
approval Williams Charlesetta  Hospital
HAR 98200019349 MRN 11444374  is 44 OR
DOB 12-14-63  59 yrs  is 41
                                 were
Female Black CSN. 339792494  closed
3-28-2023  AC339792494  not
Order of postive Custody  Tuesday
Office D- Ware L. Warren  patient
S-port City Jail officer  their
755 Hope St S-port LA 71101
were out of their District
were not working officer
M.L.L Jr Community were I Live
S-port Police Dpt Substation
C-W. 2831 Kelsey St S-port  Order
LA 71107  LT. Sup. Chief of  of postive
Police Ware Smith 1334  Custody
Texas Ave S-port LA 71101  D-Ware
Kidnapping 2831 Kelsey St
S-port LA 71107 I did not
Go to a College nor did my
Mother nor did a Neighbor Call
they just came time 4-pm.
E.R. Ocher Locket Adm were
I were Heard down t dare A
Shot other medical procedures
Corner LA. Behavior Heath

Chantelle Williams Crime Attempted
318 703-1208    Ilegal   second Degree
7-4-2023        Criminal Charges murder
                Kidnapping   D. Ware

Federal Court Building
Western District of LA
Tom Stagg United Courthouse
300 Fannin St S. port LA 71101
Tony R. Moore Clerk of Court
Mark L. Hornsby STE 1167
Chief Judge Terry A
Doughty United States Court
Kayla D. McClusky United
States Court In her many
Filings the current oon platiff
submits doucments that are
similar in that they are
handwritten with many names
A thoughts written Randomly
In no certain order And
Not In complete sentences Each
submission is difficult to
read And to determine Any claims
or defendants the current Civil
Action Exactly like plan plaintiff
other Filings In that it is
Handwritten And difficult to read
plaintiff appears to claim
that she was kidnapped And
possibly brought to A Hospital
And given shots And other

Charlorette Williams
318 703-1208
7-4-2023

CRIMINAL CHARGES
ILegal Charges
Attempted Second Degree murder

Medical Doctor Foote white Female + pystric R.N. I partner Decons mental Heath Aids 200 unit 206 Bed A arCerscia ambulare To LA Behavior Heath Admited 3-28-2023 Time 7. pm 3-29- 3-30-2023 3-31-2023 CADDO parish Administration came To Hospital And Tall me that I will Being Going After 3- Day 1-2-3-2023 I were discharge 4-4-2023 Home By City Bus Criminal Charges

Charkesetta Williams
318 703-1268
07-5-2023
Family members were present
At my Home A Neighbor Did
Not Call Nor Did I Neighbor
Residents Universty Park
Residents Dr Martin Luther
Kings Ja community S. port
LA 71107